JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIUS SIMS, | Case No. CV 05-3954 JFW(JC) |
| Petitioner, | |
| v. | JUDGMENT |
| ROSEANNE CAMPBELL, | |
| Respondent. | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: July 6, 2009

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE